**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO ESPINOZA, | ) Case No. CV 15-9775-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| JACK FOX, Warden, | ) |
| Respondent. | ) |

Under the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 2, 2016

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE